# LAW OFFICES OF EDMOND J. PRYOR

EDMOND J. PRYOR*

**Associate**
KEIYA A. BAROT

**Of Counsel**
DANIEL M. MURDOCK

*Attorneys at Law*
292 City Island Avenue
Bronx, New York 10464

718-829-0222
FAX 718-829-0032

**Legal Assistants**
JULIA DeCUFFA+
ELOISA SANTANA+

*Also Admitted in CT
+ Non-lawyer

www.PryorLaw.com

April 16, 2026

**Via PACER**
Hon. Margaret M. Garnett, USDJ
United States District Court, SDNY
40 Foley Square, Room 2102
New York, NY 10007

Re:    Alta Industrial Equipment Michigan, LLC v. Nebraskaland, Inc.
        Case No. 26-cv-01003

Dear Judge Garnett:

We represent defendant in the above-referenced matter and respectfully request a later start time for the conference that is currently scheduled on May 5, 2026 at 9:30 a.m. We have two previously scheduled pre-trial conferences in the Supreme Court, New York County, on May 5, 2026 at 9:30 a.m. Therefore, we request a 12:00 p.m. conference time, so that we are afforded enough time to handle the State Court conferences, which will take place next door at 60 Center Street.

I have conferred with plaintiff's counsel, who consents to this request.

Thank you for Your Honor's consideration of this application.

Respectfully submitted,

*Edmond J. Pryor*

Edmond J. Pryor

Cc:  All parties via Pacer

SO ORDERED.  Dated April 16, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE