# LAW OFFICES OF EDMOND J. PRYOR

## *Attorneys at Law*
292 City Island Avenue
Bronx, New York 10464

718-829-0222
FAX 718-829-0032

EDMOND J. PRYOR*

Associate
KEIYA A. BAROT

Of Counsel
DANIEL M. MURDOCK

Legal Assistants
JULIA DeCUFFA+
ELOISA SANTANA+

*Also Admitted in CT
+ Non-lawyer

www.PryorLaw.com

May 21, 2026

Via ECF

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    Alta Industrial Equipment Michigan, LLC v. Nebraskaland, Inc.
       Case No: 1:26-cv-01003

Dear Judge Garnett:

We represent Defendant Nebraskaland, Inc. in the above captioned matter. We write to advise the Court of a development that we believe may significantly affect the course of this litigation, and respectfully to request a brief stay of all current deadlines.

While preparing the Rule 26(a)(1) initial disclosures, we came across a mandatory arbitration clause in the contract underlying this dispute, a copy of which is attached hereto as Exhibit A. We believe this clause is enforceable and requires that this matter be resolved through binding arbitration rather than before this Court.

By way of brief background, Defendant filed its representation in this case on March 25, 2026 and Answer on April 8, 2026, in which Defendant did not accept jurisdiction. The parties thereafter appeared at an initial pretrial conference on May 5, 2026. Since that time, no discovery has been conducted, no substantive motions have been filed, and no merits issues have been litigated before this Court. This matter remains at its earliest stages, with only a few weeks having elapsed since the Answer was filed.

Defendant is bringing this clause to the Court's attention today, the same day it was discovered while preparing initial disclosures. Defendant has acted with diligence and raises this at the first practicable opportunity.

We contacted Plaintiff's counsel today upon discovering this clause and have not yet been able to connect. We would like the opportunity to discuss this with them before engaging in motion practice, as we are hopeful this can be resolved without burdening the Court.

Re:     Alta Industrial Equipment Michigan, LLC v. Nebraskaland, Inc.
          Case No: 1:26-cv-01003

May 21, 2026

In light of the foregoing, Defendant respectfully requests that the Court stay all current deadlines, including today's initial disclosure deadline, to allow the parties to meet and confer. If the parties are unable to reach agreement, Defendant will promptly file a motion to compel arbitration and stay proceedings pursuant to the Federal Arbitration Act.

We thank the Court for its consideration and apologize for any inconvenience.

Respectfully submitted,

*s/ Edmond J. Pryor*

Edmond J. Pryor

> GRANTED. All deadlines in this matter are STAYED pending further order of the Court. The parties are hereby ORDERED to meet and confer and file a status update by no later than **June 3, 2026**. Absent an agreement to arbitrate, the status update must include a proposed briefing schedule for Defendant's anticipated motion to compel arbitration.
>
> SO ORDERED. Dated May 27, 2026.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

**EXHIBIT A**



Schedule and attached and related documents. Any provision which is unenforceable in one jurisdiction shall not affect the enforceability of such provision in other jurisdictions.

THIS AGREEMENT, THE RENTAL SCHEDULE AND ATTACHED AND RELATED DOCUMENTS SHALL BE GOVERNED BY THE LAWS OF THE STATE OF MICHIGAN. The parties consent and agree that non-exclusive jurisdiction, personal or otherwise, over the lessee and the Equipment shall be with the courts and in the binding arbitration forum in and of the State of Michigan, solely at our option, with respect to any provision of this Agreement, the Rental Schedule and attached and related documents. You waive any objection relating to improper venue or forum non conveniens to the conduct of any proceeding in any such court or arbitration forum.

THE PARTIES WAIVE THEIR RIGHT TO ATRIAL BY JURY

Lessor's rights, privileges and indemnities will survive the termination of this Agreement. These rights, privileges and indemnities, to the extent they are fairly attributable to events or conditions occurring or existing during the term of any lease, shall survive and be enforceable by us and our successors and assigns.

In addition to the provisions for arbitration, below, either party may seek injunctive relief in Oakland County Circuit Court only. Neither party may commence proceedings in any court other then the Oakland County Circuit Court. Injunctive relief and enforcement of the arbitration award are the only proceedings pursuant to this Agreement in which either party may seek relief in the Oakland County Circuit Court.

Arbitration.

As a condition of this Agreement, the Rental Schedule and attached and related documents, and except as to either party's right to seek injunctive relief in a court of Oakland County Circuit Court, the parties agree that any claims, lawsuits and causes of action relating to this Agreement, the Rental Schedule and attached and related documents, including but not limited to enforcement of this Agreement and Lease, breach of contract, tort, discrimination, and any violation of any state or federal law, will be resolved by binding arbitration. This means that any and all claims, suits and causes of action between and among the parties, alleging any local, state or federal statute, administrative, constitutional, contractual, tort, common law or other legal theory shall be submitted to binding arbitration pursuant to these binding arbitration provisions.

Any claim, suit and cause of action arising by, among and between the parties will be handled according to the then applicable Commercial Arbitration Rules of the American Arbitration Association, or its successor rules, presently viewable at http://www.adr.org/sp.asp?id=22440#A7. Such arbitration may be initiated by the written demand of any party to this Agreement, the Rental Schedule and attached and related documents mailed to all other parties according to the notice provisions above. Arbitration shall be conducted before one (1) arbitrator as agreed by the parties. If the parties are unable to agree on the arbitrator, then legal counsel for the Lessor shall choose the arbitrator. The arbitrator designated and acting pursuant to Agreement, the Rental Schedule and attached and related documents will not be affiliated in any way with any party involved in the arbitration, and he or she will make his or her award in accordance with the applicable rules and regulations, having no power to depart or change any of these binding arbitration provisions.

Any arbitration award will be binding upon the parties to this Agreement, the Rental Schedule and attached and related documents and enforceable by the Oakland County Circuit Court over the proceedings. If any party prevails on a claim, suit, cause of action and/or defense which affords the prevailing party attorneys' fees, litigation costs and/or interest, then the arbitrator(s) may award such reasonable attorneys' fees, costs and interest to the prevailing party. No party shall be entitled to recover any incidental, consequential or exemplary damages hereunder. Judgment may be rendered by the Oakland County Circuit Court upon the arbitration award and execution



may be issued upon the judgment in accordance with Michigan law. Except as otherwise provided in these binding arbitration provisions, the expense of arbitration proceedings conducted pursuant to this Agreement, the Rental Schedule and attached and related documents will be borne equally by the parties to the arbitration.

All binding arbitration proceedings pursuant to this Agreement, the Rental Schedule and attached and related documents will be conducted at a mutually agreeable location in the State of Michigan. In determining any question, matter or dispute before them, the arbitrator will apply the provisions of this Agreement and Lease, without varying from it in any respect, and the arbitrator will not have the power to add to, modify or change any of the provisions of this Agreement, the Rental Schedule and attached and related documents. The party submitting the dispute to arbitration will use his/her/its best efforts to cause the arbitrator to arrive at a speedy and timely resolution of the dispute.

This agreement and the other documents referenced therein constitute the entire agreement between the parties and any change or modification thereto must be in writing and signed by the parties hereto.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Agreement to be executed by their duly authorized representative as of the ___20th___ day of _April, 2023_____.

LESSOR: ___Alta Material Handling LLC_____

By: ___Jason Longuski___ *Jason Longuski*

Title___LTR Manager_____

LESSEE: By: _Nebreshgiaw_____

By: ___Pct Fewrav___ *[signature]*

Title___UP Operetios_____

Federal Tax I.D. Number _____