# LAW OFFICES OF EDMOND J. PRYOR

EDMOND J. PRYOR*

Associate
KEIYA A. BAROT

Of Counsel
DANIEL M. MURDOCK

*Attorneys at Law*
292 City Island Avenue
Bronx, New York 10464

718-829-0222
FAX 718-829-0032

Legal Assistants
JULIA DECUFFA+
ELOISA SANTANA+

*Also Admitted in CT
+ Non-lawyer

www.PryorLaw.com

June 3, 2026

**Via PACER**
Hon. Margaret M. Garnett, USDJ
United States District Court, SDNY
40 Foley Square, Room 2102
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/10/2026

Re:    Alta Industrial Equipment Michigan, LLC v. Nebraskaland, Inc.
       Case No. 26-cv-01003

Dear Judge Garnett:

We represent defendant in the above-referenced matter and respectfully submit this status update pursuant to the Court's Order dated May 27, 2026.

The parties have conferred as directed. Plaintiff has agreed to arbitrate the claims at issue in this matter pursuant to the existing arbitration agreement between the parties.

Defendant thanks the Court for its attention to this matter.

Respectfully submitted,

*Edmond J. Pryor*

Edmond J. Pryor

Cc:  All parties via Pacer

This matter is hereby STAYED pending further order of the Court.  The parties are further ORDERED to file a status update regarding the arbitration on or before **August 7, 2026**, and **every sixty (60) days thereafter**.  If the parties instead wish to dismiss this lawsuit without prejudice, they may file a joint stipulation at any time.

SO ORDERED.  Dated June 10, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE